No. 10-6325. Rodger Einstein Hayward, Petitioner v. Salvador Godinez, Executive Director, Cook County Department of Corrections, et al.

562 U.S. 1013, 131 S. Ct. 530, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8646.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 642.